[No. 4161–1–III.   Division Three.   October 15, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. ERNEST
L. POULIGNOT, *Appellant.*

Appeal from a judgment of the Superior Court for
Douglas County, No. 1678, Fred Van Sickle, J., entered
August 4, 1980. *Affirmed in part* and *reversed in part* by
unpublished opinion per McInturff, C.J., concurred in by
Munson and Roe, JJ.

[No. 4390–II.   Division Two.   October 16, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. LEROY
CUBEAN, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 55561, E. Albert Morrison, J., entered Sep-
tember 21, 1979. *Affirmed* by unpublished opinion per
Petrie, J., concurred in by Reed, C.J., and Pearson, J.

[No. 9781–4–I.   Division One.   October 19, 1981.]

*In the Matter of* ANISSA TERESA ELVIG, ET AL,
*Appellants,* v. ERIN WAHL, ET AL,
*Respondents.*

Appeal from a judgment of the Superior Court for
Whatcom County, No. 80–5–00111–3, Marshall Forrest, J.,
entered January 12, 1981. *Affirmed* by unpublished opinion
per Williams, J., concurred in by Callow and Andersen, JJ.

[No. 3803–II.   Division Two.   October 20, 1981.]

LAWRENCE P. CUTNER, ET AL, *Appellants,* v.
WILLIAM KNITTEL, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 252587, Thomas R. Sauriol, J., entered
November 17, 1978. *Affirmed in part* and *reversed in part*
by unpublished opinion per Reed, C.J., concurred in by
Petrie, J., and Johnson, J. Pro Tem.